**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| PATRICIA GALLANT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:16-cv-00380-GZS |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 25) filed June 25, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is hereby **AFFIRMED**.

                                            /s/ George Z. Singal
                                            United States District Judge

Dated this 13th day of July, 2017.